**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-8013**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

NORVEL LEE WOODSON, a/k/a Woody,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Irene C. Berger, District Judge. (5:09-cr-00191-1)

_____

Submitted: May 26, 2016          Decided: May 31, 2016

_____

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norvel Lee Woodson, Appellant Pro Se. Gary L. Call, John J. Frail, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norvel Lee Woodson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woodson, No. 5:09-cr-00191-1 (S.D. W. Va. Dec. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED